Fill in this information to identify the case:

Debtor 1: Michael Thomas Fagan; aka Michael T. Fagan; aka Michael Fagan

Debtor 2 (Spouse, if filing): Tabatha Lynn Fagan; aka Tabatha L. Fagan; aka Tabatha Fagan; aka Tabatha Yates Fagan; aka Tabatha Lynn Yates; aka Tabatha Lynn Norrid

United States Bankruptcy Court for the: Southern District of Alabama (State)

Case number: 19-11310

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 0 5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 6/26/2019: Proof of Claim/Plan Review ($650) and 410A Prep ($250) | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 5/21/2019 | (11) | $ 250.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Michael Thomas Fagan                    Case number (if known) 19-11310

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 11 / 06 / 2019

Print: D. Anthony Sottile
Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Loveland, OH 45140

Contact phone ( 513 ) 444 – 4100
Email: bankruptcy@sottileandbarile.com

# McCalla Raymer Leibert Pierce, LLC

1544 OLD ALABAMA RD

ROSWELL, GA 30076

Phone No: (770) 643-7200

Fax No: (770) 643-4062

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Home Point Financial Corporation  
Christina Laberto  
1194 Oak Valley Drive, Suite 80  
Ann Arbor, MI 44108  

Re: FAGAN MICHAEL T  
1301N WHITE AVE  
BAY MINETTE, AL 36507 0000  

Loan #: ▓  
Loan Type: FHA  
Inv. ID / Cat. ID: ▓  
Cost Center: ▓  
FHA Case No:  
GSE Code: G  
GSE REO Rem. Code:  

Original Mortgage Amount: $138,936.00  
Litigation Status Code:  
Man Code: B  
BK Case No: 19-11310  
BK Chapter: 13  

Invoice #: ▓  
Invoice Status: Check Confirmed(Exc)  
Input By: Nicole McIntosh  
Date Submitted: 5/22/2019  
Invoice Date: 5/21/2019  
Vendor Ref #: ▓  
Vendor Code:  
Payee Code: ▓  
Type: Non Judicial  
Referral Date: 5/8/2019  

Acquisition Date:  
Paid in Full Date: N/A  
Foreclosure Removal: N/A  
HiType: 1  
Class Code:  

Invoice ID: ▓  
Asset Number:  
Outsourcer:  

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/22/2019 | 5/22/2019 | 5/22/2019 | | 5/22/2019 | 5/22/2019 | 5/23/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 05/21/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| Note: Plan Review (Recoverable) | | | | | | | |
| | | | | | $250.00 | $0.00 | $250.00 |
| Total: | | | | | $250.00 | $0.00 | $250.00 |

**Invoice Level Exceptions**  
Possible Duplicate Invoice

**Invoice Level Comment**  
None

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 05/22/2019 | ▮▮▮▮▮▮ | 05/22/2019 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 630 | BATY | 90R01 | | $250.00 |

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial Corporation
ATTN: PAYMENT PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** ▮▮▮▮▮▮
**DATE**  06/26/2019

**S&B FILE NUMBER**
▮▮▮▮▮▮▮▮

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Fagan, Michael - ▮▮▮▮▮ | Plan review, Proof of claim | 1 | 650.00 | 650.00 |
| Fagan, Michael - ▮▮▮▮▮ | 410A Prep | 1 | 250.00 | 250.00 |

BALANCE DUE  **$900.00**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| In Re: | Case No. 19-11310 |
| Michael Thomas Fagan<br>  *aka* Michael T. Fagan<br>  *aka* Michael Fagan<br>Tabatha Lynn Fagan<br>  *aka* Tabatha L. Fagan<br>  *aka* Tabatha Fagan<br>  *aka* Tabatha Yates Fagan<br>  *aka* Tabatha Lynn Yates<br>  *aka* Tabatha Lynn Norrid | Chapter 13 |
| Debtors. | Judge Jerry C. Oldshue |

## CERTIFICATE OF SERVICE

I certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Herman D. Padgett, Debtors' Counsel
    hpadgett@hermanandpadgett.com

    Lacy Robertson, Debtors' Counsel
    lrobertson@hermanandpadgett.com

    Daniel B. O'Brien, Chapter 13 Trustee
    cperry@ch13mob.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Michael Thomas Fagan, Debtor
    1301 North White Avenue
    Bay Minette, AL 36507

Tabatha Lynn Fagan, Debtor
1301 North White Avenue
Bay Minette, AL 36507

Dated: November 6, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com